UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PABLO A. CARBO CISNEROS,

    Plaintiff,

v.

COURT SYSTEM, *et al.*,

    Defendants.

Case No. C09-5160 RBL/KLS

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT

Before the Court is Plaintiff's second motion for leave to proceed in forma pauperis. Dkt. 9. Attached to Plaintiff's second motion is a written consent (Dkt. 9-1) and second proposed complaint (Dkt. 9-2). These documents were filed by Plaintiff on April 20, 2009.

The Court has already granted Plaintiff leave to proceed in forma pauperis. Dkt. 5. That Order was signed and mailed to Plaintiff on April 20, 2009. On that same day, Plaintiff was ordered to amend his complaint or show cause why it should not be dismissed for failure to state a claim under 42 U.S.C. § 1983. Dkt. 7. Plaintiff filed his Amended Complaint on April 28, 2009. The Court will address the adequacy of Plaintiff's Amended Complaint by separate order.

Accordingly, it is **ORDERED:**

(1) Plainitff's second motion for leave to proceed informa pauperis (with second proposed

ORDER
Page - 1

1         complaint) (Dkt. # 9) is **DENIED as moot**;

2     (2)     The Clerk is directed to send a copy of this Order to Plaintiff.

3     DATED this __12th__ day of May, 2009.

                                                 Karen L. Strombom
                                               United States Magistrate Judge