# United States District Court

WESTERN DISTRICT OF WASHINGTON

PABLO ANTONIO CARBO CISNEROS

v.

STATE OF WASHINGTON

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C-09-5160RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. This action is **DISMISSED** without prejudice prior to service for failure to state a claim. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

June 9, 2009

BRUCE RIFKIN
Clerk

*/s/ Jennie L. Patton*
Deputy Clerk